3, 1904.) Action by Joseph Foster, Jr., against the International Paper Company.

PER CURIAM. Order granting extra allowance reversed, with $10 costs, and motion denied. Judgment modified, by striking out such extra allowance of costs, and, as so modified, judgment and order denying motion for new trial affirmed, with costs.

WILLIAMS, J., not sitting.

FOX v. ERBE et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Grant O. Fox against William Erbe and others.

PER CURIAM. Motion granted, so far as to dismiss appeal, with $10 costs, unless, within 10 days from service of order to be entered hereon, appellant shall pay $10 costs of motion and $10 term fee.

FOX v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Richard K. Fox against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

FRANK, Appellant, v. GAUS, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Isidor Frank against Selma Gaus. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FRANKE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by William B. Franke against Frederick R. White. No opinion. Judgment affirmed, with costs.

FREEMAN, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Susan Freeman against Albina B. Brown as etc. No opinion. Judgment affirmed, with costs.

FREIFELD v. SIRE. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by George Freifeld against Henry B. Sire.

PER CURIAM. Motion denied, on payment of $10 costs of motion and $10 costs of term.

FRENSDORF, Appellant, v. FINKLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Sigmond Frensdorf against Bernard S. Finkle. No opinion. Order affirmed, with $10 costs and disbursements.

FROSCHAUER, Respondent, v. ROME MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Frank Froschauer against the Rome Manufacturing Company.

PER CURIAM. Judgment and order reversed; and new trial ordered, with costs to the appellant to abide event, upon the ground that the damages awarded by the jury are excessive.

GEARTY, Appellant, v. MAYOR, etc., Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by James A. Gearty against the mayor, etc. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

GERLANDO, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Annie Gerlando against Hugh V. Monahan. No opinion. Judgment and order unanimously affirmed, with costs.

GERLANDO, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by John Gerlando against Hugh V. Monahan. No opinion. Judgment and order unanimously affirmed, with costs.

GERMAN BANK OF BUFFALO, Respondent, v. ECKERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by the German Bank of Buffalo against Joseph H. Eckert and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., not voting.

GRISWOLD, Appellant, v. HAWLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Addie H. Griswold, as executrix, etc., against William H. Hawley. No opinion. Judgment affirmed, with costs.

GLENS FALLS COAL CO., Respondent, v. GLENS FALLS GAS & ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by the Glens Falls Gas & Electric Light Company. No opinion. Judgment unanimously affirmed, with costs.

GOLDSMITH v. SCHROEDER. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Theresa Goldsmith against Lora S. Schroeder. No opinion. Motion denied, with $10 costs.

In re GRADE CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) In the matter of the grade crossing commissioners as to lands of the American Car & Foundry Company and others (proceeding No. 56).

PER CURIAM. Order affirmed, with costs.

HISCOCK, J., not sitting.

GRANNEMANN et al. v. GRANNEMANN et al. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by

Anna M. Grannemann and others, infants, by Christian Rothmyer, guardian ad litem, against Louise H. Grannemann, individually, etc., and others. No opinion. Motions denied.

HALL v. UNITED STATES RADIATOR CO. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by George Hall against the United States Radiator Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

HALLWOOD CASH REGISTER CO., Appellant, v. HENDRICK, Respondent. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by the Hallwood Cash Register Company against John J. Hendrick. No opinion. Judgment and order unanimously affirmed, with costs.

HAMILTON FIRE INS CO. v. NEW AMSTERDAM GAS CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by the Hamilton Fire Insurance Company against the New Amsterdam Gas Company. No opinion. Motion denied, with $10 costs.

HANDY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Fannie C. Handy, as administratrix, against the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. R. Soley, for respondent.

PER CURIAM. Judgment and order affirmed, on opinion on former appeal. 74 N. Y. Supp. 1079.

McLAUGHLIN, J., dissents.

HARPER, Appellant, v. FREISINGER, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Flora W. S. Harper against Victor Freisinger. J. Fromme for appellant. M. J. Bernheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. FT. MILLER PULP & PAPER CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by John C. Harris against the Ft. Miller Pulp & Paper Company and others. No opinion. Judgment unanimously affirmed, with costs.

HARRIS, Appellant, v. MUNICIPAL GAS CO. OF ALBANY, N. Y., Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by William B. Harris against the Municipal Gas Company of Albany, N. Y. No opinion. Judgment unanimously affirmed, with costs.

HERRMAN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Carlotta Herrman against George Herrmann.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the ground that it appears by the affidavit of the respondent's attorney that the taxation was not opposed by the defendant's attorney, and that statement is not denied.

HERRMANN, Appellant, v. WORTHINGTON, et al., Respondents. (Supreme Court, Appellate Division, Second Department. December, 1903.) Action by Theodore L. Herrmann against Charles C. Worthington and Theodore F. Miller. The following is the opinion of Hamilton Odell, referee: "For reasons stated in the opinion written in the case of Worthington v. Herrmann, 89 App. Div. 627, 88 N. Y. Supp. 76, there must be judgment in this action for the defendants dismissing the complaint. I think that such judgment should be ordered for the further reason that, by operation of the third article of the agreement of April 10, 1899, the plaintiff is estopped from asserting the claims for alleged damages on which he seeks to recover in this action."

PER CURIAM. Judgment affirmed, with costs, on the opinion of Hamilton Odell, referee. Order granting extra allowance affirmed, without costs.

HOOKER, J., dissents.

HEWITT v. HEDDEN et al. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Loren M. Hewitt against Viner J. Hedden and others.

PER CURIAM. Motion to amend decision denied, with $10 costs.

HISCOCK, J., dissents.

HILLMAN, Respondent, v. AMERICAN CLAY WORKING MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Roscoe A. Hillman against the American Clay Working Machinery Company.

PER CURIAM. Upon the record on appeal, motion papers, and all papers on file in this appeal, and upon the stipulation of respondent's attorney, the judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide the event.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Abraham Hoffman against Ida Hoffman. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOLLANDS et al. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) In the matter of the judicial settlement of the accounts of William Hollands, as administrator, and Elizabeth Thomas, as administratrix, etc., of John I. Winne, deceased.

PER CURIAM. Memorandum filed January 6, 1904, amended, so as to read as follows: "Decree unanimously affirmed, with one bill of costs, payable out of the estate, to respondents Hollands and Thomas and administrators, Alida Cadby, Mary Gary and Julia Mitchell, and Ammon F. Winne, including printing disbursements of such respondents severally."